IN THE UNITES STATES DISTRICT COURT FOR THE DISTRICT OF CONNETICUT

| | |
|---|---|
| LENSENDRO LAGUERRE,<br><br>Plaintiff<br><br>VS<br><br>KEY BANK N.A,<br><br>Defendant | 3:24 CV 01108 (KAD) |

Amended Complaint

### I. Parties

1. Laguerre Lensendro ("Plaintiff"), a resident of Fairfield County, State of Connecticut, brings this action against, Key Bank N.A. ("Defendant"), a national association with a presence within this district, for breach of contract and failure to perform.

2. This Court has jurisdiction over the matter pursuant to 12 U.S.C. §§ 411- 412 with the amount in controversy exceeding $75,000. Venue is proper in this district due to Defendant's and Plaintiff's presence here.

### II. Statement of facts

3. On the 13th of May 2024, Plaintiff entered a transaction by submitting an application to Defendant for an amount of $125,000.00 (one hundred twenty-five thousand dollars) for personal and household use. [See Exhibit 1]

4. In a demonstrably good faith effort to secure the advance, Plaintiff tendered an instrument, a Bill Of Exchange (BOE) with a face value of $150,000, as an accord and satisfaction to the transaction. [See exhibit 2]

5. The BOE is chattel paper; It is movable personal property that can be transferred from one party to another.

6. The tendered instrument, BOE, was to serve as collateral for the advance.

7. In addition, Plaintiff provided instructions, to apply the tender of payment and make the advance. [see exhibit 7]

8. Furthermore, Plaintiff included a notice clause within the instructions demanding that the CFO for the defendant reach out in "writing if there are any questions/concerns that arise within 3 business days, if no communication is made within 3 business days after receipt of this notice, then I can assume that the aforesaid instructions have been completed."

9. Defendant's agent, RON. S., received Plaintiff's application, instrument, and instructions on May 24, 2024. [see exhibit 3, & 8]

10. Because of the notice clause mentioned in line 8 of this complaint, Defendant had a duty to respond.

11. Defendant did not respond, and did not return the application or Bill of Exchange.

12. Defendant accepted plaintiff's offer through conduct, by not responding and failing to return the application and Bill of Exchange, which are financial assets.

13. On May 29, 2024, Plaintiff sent a follow-up correspondence addressed to Defendant's Chief Financial Officer (CFO) instructing them to apply the tendered payment and process the requested advance. [see exhibit 4 & 9 ]

14. Defendant's agent, RON. S., received Plaintiff's communication on June 6, 2024. [see exhibit 5]

15. On June 12, 2024, due to a lack of response, Plaintiff sent another formal correspondence to the CFO, reiterating the request to apply the tendered payment and grant the advance. [See exhibit 6]

16. Defendant's agent RON.S., received plaintiff's follow-up correspondence on June 18, 2024. [see exhibit 11& 10]

17. Defendant refuses to honor the accord and satisfaction and perform.

18. Defendant has retained both Plaintiff's application and the tendered Bill of Exchange.

19. Defendant's actions suggest they are treating Plaintiff's application and collateral instrument as a gift, a clear violation of the agreed-upon terms.

20. To date, Defendant has not provided any value or consideration in exchange for the tendered instrument and application.

21. Due to these acts and subsequent breach of contract, Defendant has caused significant harm.

### III.    Damages

22. As a direct consequence of Defendant's breach and lack of consideration, Plaintiff has been damaged.

23. Plaintiff has been deprived of the proceeds of the transaction.

### IV.    Request for relief

24. Plaintiff wishes to be in the position he would have been in if defendants breach had not occurred

25. Wherefore plaintiff respectfully requests from the court

   a. An order compelling specific performance from the defendant; granting the originally requested advance of $125,000.00 (one hundred twenty-five thousand dollars) or

   b. Award Plaintiff restitution in the amount of $125,000.00 (one hundred twenty-five thousand dollars) to compensate for the breach of contract.

   c. Provide for expeditious proceedings in this action.

   d. And whatever additional relief the court may find just and equitable.

Respectfully submitted,

BY:   Laguerre Lensendro

Plaintiff,

26 Broad st apt 4

Norwalk CT 06851

203-818-2916