IN THE UNITES STATES DISTRICT COURT FOR THE DISTRICT OF CONNETICUT

| | |
|---|---|
| LENSENDRO LAGUERRE,<br><br>Plaintiff<br><br>V<br><br>KEY BANK N.A,<br><br>Defendant | 3:24 CV 01108 (KAD) |

SEP 30 2024 PM 2:54
FILED - USDC - BPT - C

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Laguerre Lensendro, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment of the United States District Court for the District of Connecticut entered on 09/06/2024 dismissing the case with prejudice.

Dated: 09/30/2024

Respectfully submitted,

*[signature]*

Laguerre Lensendro
Plaintiff,
26 Broad St, Apt 4
Norwalk, CT 06851
203-818-2916