APPEAL,CLOSED,EFILE,MOTREF,PROSE,RMS

# U.S. District Court
# District of Connecticut (New Haven)
# CIVIL DOCKET FOR CASE #: 3:24-cv-01108-KAD

| | |
|---|---|
| Lensendro v. Key Bank N.A. | Date Filed: 06/26/2024 |
| Assigned to: Judge Kari A. Dooley | Date Terminated: 09/06/2024 |
| Referred to: Judge Robert M. Spector | Jury Demand: Plaintiff |
| Demand: $125,000 | Nature of Suit: 190 Contract: Other |
| Cause: No cause code entered | Jurisdiction: Federal Question |

**Plaintiff**

**Laguerre Lensendro**     represented by     **Laguerre Lensendro**
26 Broad St., Apt. 4
Norwalk, CT 06851
(203) 818-2916
PRO SE

V.

**Defendant**

**Key Bank N.A.**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/26/2024 | 1 | COMPLAINT against Key Bank N.A., filed by Laguerre Lensendro.(Imbriani, S) (Entered: 06/26/2024) |
| 06/26/2024 | 2 | MOTION for Leave to Proceed in forma pauperis by Laguerre Lensendro. (Imbriani, S) (Entered: 06/26/2024) |
| 06/26/2024 | 3 | Notice: Pursuant to Federal Rule of Civil Procedure 7.1, a disclosure statement must be filed with a party's first appearance, pleading, petition, motion, response, or other request addressed to the Court and must be supplemented if any required information changes during the case.<br>Signed by Clerk on 6/26/2024.(Imbriani, S) (Entered: 06/26/2024) |
| 06/26/2024 | | Judge Kari A. Dooley and Judge Robert M. Spector added. (Reis, J) (Entered: 06/26/2024) |
| 06/26/2024 | 4 | Order on Pretrial Deadlines: Amended Pleadings due by 8/25/2024 Discovery due by 12/26/2024 Dispositive Motions due by 1/30/2025.<br>Signed by Clerk on 6/26/2024. (Fanelle, N.) (Entered: 06/27/2024) |
| 06/26/2024 | 5 | ELECTRONIC FILING ORDER FOR COUNSEL - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER Signed by Judge Kari A. Dooley on 6/26/2024. (Fanelle, N.) (Entered: 06/27/2024) |

| | | | |
|---|---|---|---|
| 06/26/2024 | 6 | | Standing Protective Order<br>Signed by Judge Kari A. Dooley on 6/26/2024. (Fanelle, N.) (Entered: 06/27/2024) |
| 06/26/2024 | 7 | | Notice of Option to Consent to Magistrate Judge Jurisdiction.<br>(Fanelle, N.) (Entered: 06/27/2024) |
| 06/27/2024 | 8 | | ORDER REFERRING CASE to Magistrate Judge Robert M. Spector for ruling on 2 MOTION for Leave to Proceed in forma pauperis and review of the complaint pursuant to 28 U.S.C. 1915.<br>Signed by Judge Kari A. Dooley on 6/27/2024. Motion referred to Magistrate Judge Robert M. Spector.(Gould, K.) (Entered: 06/27/2024) |
| 07/15/2024 | 9 | | ORDER granting 2 Motion for Leave to Proceed in forma pauperis. (*See* Doc. No. 10). Signed by Judge Robert M. Spector on July 15, 2024. (Blickley, J) (Entered: 07/15/2024) |
| 07/15/2024 | 10 | | RECOMMENDED RULING: As set forth in the attached Recommended Ruling, the plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. No. 2 ) is **GRANTED**. The Court further recommends that the complaint be **DISMISSED without prejudice** as the plaintiff has failed to state a claim upon which relief could be granted for breach of contract. The Court additionally recommends that the plaintiff be given one opportunity to file an Amended Complaint which, based upon the same incident described in the factual allegations alleged in the initial complaint, asserts at least one viable claim upon which relief could be granted.<br><br>If the plaintiff elects to file an amended complaint, that pleading must comply with the Federal and Local Rules of Civil Procedure and must be filed on or before **August 14, 2024**. It must be captioned "Amended Complaint," and will completely supersede the current complaint. Before filing any amended complaint, plaintiff must carefully review this Recommended Ruling and ensure that any amended complaint addresses the deficiencies identified herein. The Court will review the amended complaint pursuant to 28 U.S.C. § 1915(e)(2)(B). If the amended complaint fails to state a claim for which relief may be granted as to any claim already reviewed by the Court, such claims may be dismissed with prejudice upon review under 28 U.S.C. §1915(e)(2)(B).<br><br>This is a recommended ruling. *See* FED. R. CIV. P. 72(b)(1). Any objections to this recommended ruling must be filed with the Clerk of the Court within fourteen (14) days after filing of such order. *See* D. CONN. L. CIV. R. 72.2(a). Any party receiving notice or an order or recommended ruling from the Clerk by mail shall have five (5) additional days to file any objection. *See* D. CONN. L. CIV. R. 72.2(a). Failure to file a timely objection will preclude appellate review. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 6(a) & 72; D. CONN. L. CIV. R. 72.2; *Impala v. United States Dept. of Justice*, 670 F. App'x 32 (2d Cir. 2016) (summary order) (failure to file timely objection to Magistrate Judge's recommended ruling will preclude further appeal to Second Circuit); *Small v. Secretary of H.H.S.*, 892 F.2d 15 (2d Cir. 1989) (per curiam). Objections due by 7/29/2024.Signed by Judge Robert M. Spector on July 15, 2024.(Blickley, J) (Entered: 07/15/2024) |
| 07/15/2024 | 11 | | EXHIBIT by Laguerre Lensendro to 1 Complaint. (Fanelle, N.) (Entered: 07/15/2024) |

| | | | |
|---|---|---|---|
| 08/01/2024 | | 12 | ORDER adopting 10 Recommended Ruling. The Court has reviewed Magistrate Judge Spector's Recommended Ruling concerning 2 Plaintiff's *Motion to Proceed In Forma Pauperis*. The Recommended Ruling contains an accurate statement of the applicable law and a thoroughly reasoned analysis and application of that law to the circumstances presented here. The Plaintiff did not object to the Recommended Ruling. The Recommended Ruling therefore is Accepted, Adopted and So Ordered.<br><br>Plaintiff's complaint is dismissed without prejudice. If Plaintiff wishes to pursue his claims, he may file an Amended Complaint which addresses the deficiencies identified by Judge Spector by **August 14, 2024**. If an Amended Complaint is not filed, the Clerk of the Court is directed to close this case on **August 15, 2024**.<br><br>Signed by Judge Kari A. Dooley on 8/1/2024. (Haider, S) (Entered: 08/01/2024) |
| 08/13/2024 | | 13 | AMENDED COMPLAINT against Key Bank N.A., filed by Laguerre Lensendro. (Fanelle, N.) (Entered: 08/13/2024) |
| 08/14/2024 | | 14 | RECOMMENDED RULING: The Court has reviewed the plaintiff's Amended Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B). (Doc. No. 13 ). In recommending dismissal of the plaintiff's initial complaint, the Court found that the plaintiff failed to sufficiently plead a claim of breach of contract as the facts did not indicate that a contract or agreement between the plaintiff and defendant Key Bank existed. In filing the instant Amended Complaint, the plaintiff again alleges a claim for breach of contract based on nearly identical facts as asserted in the initial complaint. In the Amended Complaint, the plaintiff adds only that in submitting an application for what the Court has characterized as a loan, the plaintiff included instructions "demanding that the CFO for the defendant reach out in 'writing if there are any questions/concerns that arise within 3 business days, if no communication is made within 3 business days after receipt of this notice, then [the plaintiff] can assume that the aforesaid instructions have been completed.'" (Doc. No. 13 at 2). However, to assert a claim for breach of an implied contract here, the plaintiff is still required to show that the parties had an actual agreement. *See Kent v. AVCO Corp.*, 849 F.Supp. 833, 835 (D. Conn. 1994) ("An implied contract depends on the existence of an actual agreement") (citing *Brighenti v. New Britain Shirt Corp.*, 167 Conn. 403, 306, A.2d 181 (1974)). The Amended Complaint fails to plead additional facts that give rise to the inference that a contract existed between the plaintiff and the defendant, and as such, the Court recommends that the Amended Complaint be **DISMISSED**.<br><br>The Court further recommends that the Amended Complaint be **DISMISSED with prejudice** because any additional attempt to amend the Amended Complaint would be futile. *See Neitzke v. Williams*, 490 U.S. 319, 327 (1989) (giving courts authority to dismiss claims based on "an indisputably meritless legal theory"); *Seniw v. Town of Fairfield Police Dep't & John Doe*, No. 3:18-CV-813(JCH), 2018 WL 4372946, at *2 (D. Conn. July 2, 2018) (citing *Hill v. Curcione*, 657 F.3d 116, 123 (2d Cir. 2011) ("Where a proposed amendment would be futile, leave to amend need not be given.")).<br><br>This is a recommended ruling. *See* FED. R. CIV. P. 72(b)(1). Any objections to this recommended ruling must be filed with the Clerk of the Court within fourteen (14) days after filing of such order. *See* D. CONN. L. CIV. R. 72.2(a). Any party receiving notice or an order or recommended ruling from the Clerk by mail shall have five (5) additional days to file any objection. *See* D. CONN. L. CIV. R. 72.2(a). Failure to file |

|  |  |  |
|---|---|---|
|  |  | a timely objection will preclude appellate review. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 6(a) & 72; D. CONN. L. CIV. R. 72.2; *Impala v. United States Dept. of Justice*, 670 F. App'x 32 (2d Cir. 2016) (summary order) (failure to file timely objection to Magistrate Judge's recommended ruling will preclude further appeal to Second Circuit); *Small v. Secretary of H.H.S.*, 892 F.2d 15 (2d Cir. 1989) (per curiam). Objections due by 8/28/2024. Signed by Judge Robert M. Spector on August 14, 2024. (Blickley, J) (Entered: 08/14/2024) |
| 08/29/2024 | 15 | OBJECTION to 14 Recommended Ruling filed by Laguerre Lensendro. (Attachments: # 1 Memorandum in Support)(Imbriani, S) (Entered: 08/29/2024) |
| 09/06/2024 | 16 | ORDER adopting 14 Recommended Ruling. The Court has reviewed Magistrate Judge Spector's Recommended Ruling concerning 13 Plaintiff's Amended Complaint. The Recommended Ruling contains an accurate statement of the applicable law and a thoroughly reasoned analysis and application of that law to the circumstances presented here. The Plaintiff did object to the Recommended Ruling, but raised no arguments that address or undermine in any fashion Judge Spector's conclusion that the Amended Complaint does not allege sufficient facts to establish, even if proven, the existence of a contract between Plaintiff and Defendant. The Recommended Ruling therefore is Accepted, Adopted and So Ordered. The Complaint is dismissed with prejudice. The Clerk of the Court is directed to close this matter.<br><br>Signed by Judge Kari A. Dooley on 9/6/2024. (Haider, S) (Entered: 09/06/2024) |
| 09/30/2024 | 17 | NOTICE OF APPEAL as to # 16 Order on Recommended Ruling, by Laguerre Lensendro. (Fanelle, N.) (Entered: 09/30/2024) |